IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES M. SAYLOR, | |
|---|---|
| Petitioner, | 8:17CV442 |
| vs. | |
| JEFF WOOTEN, | ORDER |
| Respondent. | |

Pursuant to 28 U.S.C. § 455(a), a judge for the United States courts "shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Upon review of Plaintiff's pending motion to amend his complaint and the extensive factual statement offered in support of that motion, (Filing No. 21):

IT IS ORDERED:

1) The undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

2) The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

June 12, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge