IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>        Petitioner,<br><br>vs.<br><br>JEFF WOOTEN,<br><br>        Respondent. | **8:17CV442**<br><br>**ORDER** |

This matter is before the Court on Petitioner's Motion for Extension of Time to Submit Amended Habeas Petition. ([Filing No. 36](#).)

After numerous extensions of time, Petitioner, with the assistance of counsel, filed an amended habeas petition on July 30, 2018. ([Filing No. 25](#).) Petitioner subsequently filed a motion requesting time to prepare a second amended petition. ([Filing No. 27](#).) This request was denied on August 6, 2018 because Petitioner had not shown good cause to amend. ([Filing No. 28](#).)

Petitioner's counsel was granted leave to withdraw on September 4, 2018. ([Filing No. 30](#).) Petitioner has now retained substitute counsel. Current counsel has requested time to familiarize himself with the case and submit a second amended petition. Given counsel's recent appearance, this request will be granted for good cause shown. **However, counsel is advised that no further extensions of time will be granted.**

Accordingly,

**IT IS ORDERED:**

1. The Motion for Extension of Time to Submit Amended Habeas Petition ([Filing No. 36](#)) is granted. A second amended petition shall be submitted no later than December 11, 2018.

2. Petitioner's Motion Requesting Time to Engage New Counsel and Prepare Second Amended Petition ([Filing No. 32](Filing No. 32)) is denied as moot.

Dated this 1st day of October, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge